IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHARON J. JARRELL,

    Plaintiff,

v.                                               CASE NO. 1:07-cv-00159-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner's motion to remand, Doc. 18, be granted, and this case be remanded for further proceedings.  The Magistrate Judge filed the Report and Recommendation on Friday, February 22, 2008.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made.  In this instance, however, no objections to the Report and Recommendation have been filed.

The Magistrate recommends that this action should be remanded to the Administrative Law Judge to further evaluate whether Plaintiff can perform "other" work found in significant numbers in the national economy given her combination of exertional and non-exertional impairments by utilizing vocational expert testimony.  The Court agrees with the Magistrate that the Commissioner's decision denying Plaintiff's application for Social Security benefits must be reversed and remanded in order to obtain additional testimony from a vocational expert. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  The Magistrate Judge's Report and Recommendation, Doc. 20, is adopted and incorporated by reference in this order.

2.  The Commissioner's motion to remand, Doc. 18, is granted, and this case is remanded to the Commissioner of Social Security for rehearing pursuant to sentence four of 42 U.S.C. § 405(g) for additional testimony.

3.  If on remand Plaintiff is awarded past-due benefits, Plaintiff's attorney must file any request for attorney's fees under 42 U.S.C. § 406(b) no later than 14 days from the date the Commissioner, pursuant to 42 U.S.C. § 406(a)(2)(D)(i), provides the claimant with written notice of the dollar amount of the past-due benefits.

4.  The Clerk is directed to close this case.

**DONE AND ORDERED** this   *25th* day of March, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge